**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   15-cr-0000367-REB-DW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   EDUARDO NURICUMBO-GOMEZ,

    Defendant.

---

## ORDER

---

Pursuant to and in accordance with the sentencing hearing held before the Honorable Robert E. Blackburn, United States District Judge, on February 8, 2016,

**IT IS ORDERED** that Defendant Eduardo Nuricumbo-Gomez is sentenced to **time served**.

Dated:  February 8, 2016

                          BY THE COURT:

                          s/ Robert E. Blackburn
                          ROBERT E. BLACKBURN,
                          UNITED STATES DISTRICT JUDGE